UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RAVIS MARTINEZ WILLIAMS,**

    Petitioner,

v.

                                  Case No. 8:24-cv-780-MSS-CPT

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

**O R D E R**

An earlier order directed the Clerk of the Court to stay and administratively close this federal habeas action until the state trial court entered a new conviction and sentence. (Doc. 6) Williams advises that the state trial court entered a new conviction and sentence and requests that this Court dismiss this action without prejudice. (Doc. 7)

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(a)(1)(A). The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 16, 2024.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE